Order issued September  *24*  , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01194-CR

### CARLOS OCHOA CASTILLO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

## ORDER

The Court **DENIES** appellant's September 19, 2012 request for an extension of time until December 28, 2012 to file his pro se response to the *Anders* brief filed by counsel. If appellant's pro se response is not filed by **OCTOBER 25, 2012**, the appeal will be submitted on counsel's *Anders* brief alone.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Carlos Ochoa Castillo, TDCJ No. 01741759, Wynne Unit, 810 F.M. 2821, Huntsville, Texas 77349.

DAVID L. BRIDGES
JUSTICE